& proving by letters that there is twenty pounds paide in part of this bill: The Court chancered the bill to Fifty three pounds New England mony & costs of Court w^ch is twenty five Shillings three pence

Execucion issued x^br 3^o 1675.

### Vsher ag^t Fogg

Hezekiah Vsher junio^r Attourny of Charles Gosfright plaint. ag^t Ezekiel Fogg Defend^t according to attachm^t Dat. pr^o 7^br 75.

The plaint. was nonsuted upon non appearance.

### Davenport ag^t Williams

Eleazer Davenport late Command^r of the Ship Recovery p^lt ag^t John Williams Boatman Defend^t in an action of the case for witholding the Summe of Forty three Shillings nine pence mony due for Freight of goods on s^d Ship from Barbados delivered to the s^d Williams here in Boston w^th due damages according to attachm^t Dat. 7^br 3^o 1675. . . . The Jury . . . founde for the Defend^t costs of Court.

### Alford ag^t Evans

Benjamin Alford Attourny of Nathan^ll Gawthorn of London p^lt ag^t W^m Evans Defend^t according to attachm^t dat. Octob^r 19^o 1675. The plaint. was nonSuted upon non appearance [ 346 ]

### Clarke ag^t Clement

Martha Clarke Exec^x of the last will & testam^t of John Clarke dec^d p^lt ag^t Sam^ll Clements Defend^t in an action of trespass for building upon her land before her dwelling house in Boston claiming interest in saide Land, thereby defaming her honest title with all due damages according to attachm^t Dat. Oct^o 21^o 1675. . . . The Jury . . . founde for the Defend^t costs of Court being Seven Shillings & four pence.

### Winslow ag^t Wilkins

John Winslow Agent to m^r David Riddock m^r Jn^o Winslow dec^d & m^r Rich^d Middlecott plaint. ag^t James Wilkins Defend^t in an action of the case for that the s^d Wilkins hath not delivered twenty hogsheads of sweet scented Tobacco loaden by him the s^d Agent